No. 2063, Misc.. SCOTT v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 2070, Misc. DOUGHERTY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 2083, Misc. MARSHALL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 2084, Misc. OSTERBURG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 2087, Misc. ALLEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 2089, Misc. WILLIAMS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 2098, Misc. PUPLAMPU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 2101, Misc. MOSBY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 2112, Misc. PICKLER v. SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 2116, Misc. WILLARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 2119, Misc. THAXTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.